JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CLARK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and THE LOYOLA MARYMOUNT UNIVERSITY FLEXIBLE BENEFITS PLAN,<br><br>　　　　　Defendants. | Case No: CV11-07703 JAK(OPx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 18, 2012

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE